

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DSISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY
cas

FILED BY __CAS__ D.C.

2005 JUN 10 PM 4:06

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT
W.D. OF TN. MEMPHIS

| | |
|---|---|
| CHRISTINE BELL, d/b/a ALLEGIANCE MORTGAGE SERVICES, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>V.<br><br>INFINITY DATA CORP., and FIRST DATA CORP.,<br><br>Defendants. | JUN 1 3 2005<br><br>Robert R. Di Trolio, Clerk<br>U. S. DIST COURT<br>W. D. OF TN, MEMPHIS<br><br>Civil Action No. 05-2361 MaV |

## ORDER GRANTING DEFENDANTS INFINITY DATA CORP. AND FIRST DATA CORP. ADDITONAL TIME TO ANSWER OR OTHERWISE PLEAD

This cause came to be heard upon the motion of the defendants seeking additional time to answer or otherwise respond to the Complaint. The plaintiff has indicated that she does not oppose the motion.

For good cause shown, the time for the defendants Infinity Data Corp. and First Data Corp. to answer or otherwise respond to the Complaint is hereby enlarged until on or before July 15, 2005.

IT IS SO ORDERED this 13th day of June, 2005.

_Duane K. Visemo_
United States ~~District~~ Magistrate Judge

_Travis Parham_
Joseph A. Woodruff
Travis Parham
Waller Lansden Dortch & Davis, PLLC
Nashville City Center, 511 Union Street, Suite 2700
Nashville, Tennessee 37219-1760
(615)244-6380
Attorney for Infinity Data Corp.

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on _6-15-05_



_____
Nathan A. Bicks (#10903)
Burch, Porter & Johnson, PLLC
130 North Court Avenue
Memphis, TN 38103

_____
B. J. Wade (#5182)
Glassman, Edwards, Wade and Wyatt, P.C.
26 North Second Street Bldg.
Memphis, TN 38103

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02361 was distributed by fax, mail, or direct printing on June 15, 2005 to the parties listed.

---

Joseph A Woodruff
WALLER LANSDEN DORTCH & DAVIS
Nashville City Center
511 Union Street
Ste 2700
Nashville, TN 37219--176

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Scott Shephard
Shepherd,Finkleman,Miller & Shah, LLC
35 E. State Streer
Media, PA 19063

W. Travis Parham
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

James E. Miller
Shepherd, Finkelmand, Miller & Shah, LLC
65 Main Street
Chester, CT 06412

Karen M. Leser
65 Main Street
65 Main Street
Chester, CT 06412--131

Patrick A. Klingman
Shepher, Finkelman, Miller & Shah, LLC
65 Main Street
Chester, CT 06412--131

Ann M. Caldwell
Caldwell Law Office LLC
108 W. Willow Grove Avenue
Suite 300
Philadelphia, PA 19118

Nathan A. Bicks
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Natalie Finkelman Bennett
Shephard,Finkleman,Miller & Shah
35 E. State Street
Media, PA 19063

Honorable Samuel Mays
US DISTRICT COURT