IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ALLEGIANCE MORTGAGE SERVICES, INC.,
On Behalf of Itself and All Others
Similarly Situated,

    Plaintiff,

VS.                              NO. 05-2361-MaV

INFINITY DATE CORP., ET AL.,

    Defendants.

---

ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

---

Before the court is the July 15, 2005, motion for admission *pro hac vice* of Scott R. Shepherd. Mr. Shepherd is a member in good standing of the bar of the state of Pennsylvania and is admitted to practice before the Pennsylvania Supreme Court. Mr. Shepherd has obtained and is familiar with the local rules and professional guidelines of this court. For good cause shown, the motion is granted and Scott R. Shepherd is admitted to participate in this action as counsel for plaintiff.

It is so ORDERED this 22d day of July, 2005.

                                        SAMUEL H. MAYS, JR.
                                        UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02361 was distributed by fax, mail, or direct printing on July 26, 2005 to the parties listed.

---

Natalie Finkelman Bennett
Shephard,Finkleman,Miller & Shah
35 E. State Street
Media, PA 19063

Karen M. Leser
65 Main Street
65 Main Street
Chester, CT 06412--131

Joseph A Woodruff
WALLER LANSDEN DORTCH & DAVIS
Nashville City Center
511 Union Street
Ste 2700
Nashville, TN 37219--176

Patrick A. Klingman
Shepher, Finkelman, Miller & Shah, LLC
65 Main Street
Chester, CT 06412--131

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Scott Shephard
Shepherd,Finkleman,Miller & Shah, LLC
35 E. State Streer
Media, PA 19063

W. Travis Parham
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Ann M. Caldwell
Caldwell Law Office LLC
108 W. Willow Grove Avenue
Suite 300
Philadelphia, PA 19118

Nathan A. Bicks
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

James E. Miller
Shepherd, Finkelmand, Miller & Shah, LLC
65 Main Street
Chester, CT 06412

Honorable Samuel Mays
US DISTRICT COURT