FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 AUG -5 AM 10: 24

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ALLEGIANCE MORTGAGE SERVICES, INC.,

    Plaintiff,

VS.                              NO.  05-2361-MaV

INFINITY DATA CORP., ET AL.,

    Defendants.

---

ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

---

Before the court is the August 1, 2005, motion for admission *pro hac vice* of Ann M. Caldwell. Ms. Caldwell is a member in good standing of the bar of the state of Pennsylvania and is admitted to practice before the Pennsylvania Supreme Court. Ns, Caldwell has obtained and is familiar with the local rules and professional guidelines of this court. For good cause shown, the motion is granted and Ann M. Caldwell is admitted to participate in this action as counsel for plaintiff.

It is so ORDERED this ___ day of August, 2005.

                    SAMUEL H. MAYS, JR.
                    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-8-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CV-02361 was distributed by fax, mail, or direct printing on August 8, 2005 to the parties listed.

---

Scott Shephard
Shepherd,Finkleman,Miller & Shah, LLC
35 E. State Streer
Media, PA 19063

Natalie Finkelman Bennett
Shephard,Finkleman,Miller & Shah
35 E. State Street
Media, PA 19063

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Karen M. Leser
65 Main Street
65 Main Street
Chester, CT 06412--131

Nathan A. Bicks
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Patrick A. Klingman
Shepher, Finkelman, Miller & Shah, LLC
65 Main Street
Chester, CT 06412--131

Ann M. Caldwell
Caldwell Law Office LLC
108 W. Willow Grove Avenue
Suite 300
Philadelphia, PA 19118

W. Travis Parham
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

James E. Miller
Shepherd, Finkelmand, Miller & Shah, LLC
65 Main Street
Chester, CT 06412

Joseph A Woodruff
WALLER LANSDEN DORTCH & DAVIS
Nashville City Center
511 Union Street
Ste 2700
Nashville, TN 37219--176

Honorable Samuel Mays
US DISTRICT COURT