IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 AUG 19 PM 3:35

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

CHRISTINE M. BELL d/b/a
ALLEGIANCE MORTGAGE SERVICES,
ET AL.,

    Plaintiffs,

VS.                              NO. 05-2361-Ma

INFINITY DATE CORP., ET AL.,

    Defendants.

ORDER GRANTING MOTIONS TO APPEAR *PRO HAC VICE*

    Before the court are the August 5, 2005, motions for admission *pro hac vice* of Gerard D. Kelly, Sean P. Burke, and Rachael B. Niewoehner. Mr. Kelly, Mr. Burke, and Ms. Niewoehner are members in good standing of the bar of the state of Illinois and are admitted to practice before the United States District Courts for the Northern District of Illinois. Counsel have obtained and are familiar with the local rules and professional guidelines of this court. For good cause shown, the motions are granted and Gerard D. Kelly, Sean P. Burke, and Rachael B. Niewoehner are admitted to participate in this action as counsel for defendant First Data Corp.

    It is so ORDERED this 18th day of August, 2005.

                                            SAMUEL H. MAYS, JR.
                                            UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-23-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:05-CV-02361 was distributed by fax, mail, or direct printing on August 23, 2005 to the parties listed.

---

Rachel B. Niewoehner
SIDLEY AUSTIN BROWN & WOOD
10 South Dearborn St.
Bank One Plaza
Chicago, IL 60603

Nathan A. Bicks
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Natalie Finkelman Bennett
Shephard,Finkleman,Miller & Shah
35 E. State Street
Media, PA 19063

Patrick A. Klingman
Shepher, Finkelman, Miller & Shah, LLC
65 Main Street
Chester, CT 06412--131

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

James E. Miller
Shepherd, Finkelmand, Miller & Shah, LLC
65 Main Street
Chester, CT 06412

Scott Shephard
Shepherd,Finkleman,Miller & Shah, LLC
35 E. State Streer
Media, PA 19063

W. Travis Parham
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Karen M. Leser
65 Main Street
65 Main Street
Chester, CT 06412--131

Joseph A Woodruff
WALLER LANSDEN DORTCH & DAVIS
Nashville City Center
511 Union Street
Ste 2700
Nashville, TN 37219--176

Gerard D. Kelly
SIDLEY AUSTIN BROWN & WOOD
Bank One Plaza
10 S. Dearborn St.
Chicago, IL 60603

Sean P. Burke
SIDLEY AUSTIN BROWN & WOOD
10 South Dearborn St.
Bank One Plaza
Chicago, IL 60603

Ann M. Caldwell
Caldwell Law Office LLC
108 W. Willow Grove Avenue
Suite 300
Philadelphia, PA 19118

Honorable Samuel Mays
US DISTRICT COURT