IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 29 AM 11:49

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

CHRISTINE M. BELL d/b/a, )
ALLEGIANCE MORTGAGE SERVICES, )
)
Plaintiff, )
)
vs. ) No. 05-2361MaV
)
INFINITY DATA CORP., and )
FIRST DATA CORP., )
)
Defendants. )

## ORDER STAYING ACTION TEMPORARILY

A scheduling conference was held in this case on August 25, 2005. Present on behalf of the plaintiff were B.J. Wade and Scott Shephard. Also present were Nathan Bicks and Gerard Kelly, representing defendant First Data Corp., and Travis Parham on behalf of Infinity Data Corp. In their proposed scheduling order, the parties suggested a 60 day settlement period in order to explore early resolution of this matter.

For good cause shown, the request is granted. This case is stayed until October 27, 2005, and all formal discovery and motions, including initial disclosure and resolution of the pending motion to dismiss, are put on hold. The scheduling conference is reset to October 27, 2005, at 9:30 a.m. If the case is not resolved, the parties are directed to submit briefs to the court on

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___9-6-05___

24

or before Tuesday, October 25, 2005, at 5:00 p.m. in support of their respective positions on whether class discovery and merits discovery should proceed simultaneously or be bifurcated.

IT IS SO ORDERED this 26th of August, 2005.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CV-02361 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

W. Travis Parham
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Joseph A Woodruff
WALLER LANSDEN DORTCH & DAVIS
Nashville City Center
511 Union Street
Ste 2700
Nashville, TN 37219--176

Natalie Finkelman Bennett
Shephard,Finkleman,Miller & Shah
35 E. State Street
Media, PA 19063

Joseph A Woodruff
WALLER LANSDEN DORTCH & DAVIS
Nashville City Center
511 Union Street
Ste 2700
Nashville, TN 37219--176

Scott Shephard
Shepherd,Finkleman,Miller & Shah, LLC
35 E. State Streer
Media, PA 19063

Gerard D. Kelly
SIDLEY AUSTIN BROWN & WOOD
Bank One Plaza
10 S. Dearborn St.
Chicago, IL 60603

Ann M. Caldwell
Caldwell Law Office LLC
108 W. Willow Grove Avenue
Suite 300
Philadelphia, PA 19118

James E. Miller
Shepherd, Finkelmand, Miller & Shah, LLC
65 Main Street
Chester, CT 06412

Karen M. Leser
65 Main Street
65 Main Street
Chester, CT 06412--131

Scott Shephard
Shepherd,Finkleman,Miller & Shah, LLC
35 E. State Streer
Media, PA 19063

Rachel B. Niewoehner
SIDLEY AUSTIN BROWN & WOOD
10 South Dearborn St.
Bank One Plaza
Chicago, IL 60603

Natalie Finkelman Bennett
Shephard,Finkleman,Miller & Shah
35 E. State Street
Media, PA 19063

Patrick A. Klingman
Shepher, Finkelman, Miller & Shah, LLC
65 Main Street
Chester, CT 06412--131

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Sean P. Burke
SIDLEY AUSTIN BROWN & WOOD
10 South Dearborn St.
Bank One Plaza
Chicago, IL 60603

Nathan A. Bicks
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Nathan A. Bicks
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Sean P. Burke
SIDLEY AUSTIN BROWN & WOOD
10 South Dearborn St.
Bank One Plaza
Chicago, IL 60603

James E. Miller
Shepherd, Finkelmand, Miller & Shah, LLC
65 Main Street
Chester, CT 06412

W. Travis Parham
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Karen M. Leser
65 Main Street
65 Main Street
Chester, CT 06412--131

Gerard D. Kelly
SIDLEY AUSTIN BROWN & WOOD
Bank One Plaza
10 S. Dearborn St.
Chicago, IL 60603

Ann M. Caldwell
Caldwell Law Office LLC
108 W. Willow Grove Avenue
Suite 300
Philadelphia, PA 19118

Rachel B. Niewoehner  
SIDLEY AUSTIN BROWN & WOOD  
10 South Dearborn St.  
Bank One Plaza  
Chicago, IL 60603  

Patrick A. Klingman  
Shepher, Finkelman, Miller & Shah, LLC  
65 Main Street  
Chester, CT 06412--131  

Honorable Samuel Mays  
US DISTRICT COURT