IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /s/ D.C.

05 OCT 28 PM 4:11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

CHRISTINE M. BELL d/b/a, )
ALLEGIANCE MORTGAGE SERVICES, )
)
Plaintiff, )
)
vs. )   No. 05-2361MaV
)
INFINITY DATA CORP., and )
FIRST DATA CORP., )
)
Defendants. )

## ORDER STAYING ACTION TEMPORARILY

A scheduling conference was held in this case on October 27, 2005. Present on behalf of the plaintiff was B.J. Wade. Present for defendant First Data Corp. was Gerard Kelly and for Infinity Data Corp. was Travis Parham. The parties, through counsel, requested an additional 45-day stay in order to explore early resolution of this matter.

For good cause shown, the request is granted. This case is stayed until Friday, December 16, 2005, and all formal discovery and motions, including initial disclosure and resolution of the pending motion to dismiss, are put on hold. If the case is not resolved, the parties are directed to submit a revised proposed scheduling order to the court on or before Friday, December 16, 2005, at 5:00 p.m.

IT IS SO ORDERED this 28th of October, 2005.

_Diane K. Vescovo_
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on   10-31-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:05-CV-02361 was distributed by fax, mail, or direct printing on October 31, 2005 to the parties listed.

---

Gerard D. Kelly
SIDLEY AUSTIN BROWN & WOOD
Bank One Plaza
10 S. Dearborn St.
Chicago, IL 60603

W. Travis Parham
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Ann M. Caldwell
Caldwell Law Office LLC
108 W. Willow Grove Avenue
Suite 300
Philadelphia, PA 19118

Natalie Finkelman Bennett
Shephard,Finkleman,Miller & Shah
35 E. State Street
Media, PA 19063

Rachel B. Niewoehner
SIDLEY AUSTIN BROWN & WOOD
10 South Dearborn St.
Bank One Plaza
Chicago, IL 60603

Sean P. Burke
SIDLEY AUSTIN BROWN & WOOD
10 South Dearborn St.
Bank One Plaza
Chicago, IL 60603

James E. Miller
Shepherd, Finkelmand, Miller & Shah, LLC
65 Main Street
Chester, CT 06412

Nathan A. Bicks
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Scott Shephard
Shepherd,Finkleman,Miller & Shah, LLC
35 E. State Streer
Media, PA 19063

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Karen M. Leser
65 Main Street
65 Main Street
Chester, CT 06412--131

Patrick A. Klingman
Shepher, Finkelman, Miller & Shah, LLC
65 Main Street
Chester, CT 06412--131

Joseph A Woodruff
WALLER LANSDEN DORTCH & DAVIS
Nashville City Center
511 Union Street
Ste 2700
Nashville, TN 37219--176

Honorable Samuel Mays
US DISTRICT COURT